UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JONATHAN THOMAS AND
JASON FOSTER

CIVIL ACTION NO.: 06-3233

VERSUS

SECTION I(1)

HOUSTON HELICOPTERS, INC.

****************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss Rule 12(b)(3) Motion:

IT IS ORDERED that the Rule 12(b)(3) Motion filed by Houston Helicopters, Inc. is hereby dismissed.

New Orleans, Louisiana, this 26 day of Sept, 2006.

_____
JUDGE